# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAPIA, an individual, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>FMS, INC.; a corporation, and DOES 1 )<br>through 10 inclusive, )<br>)<br>    Defendants. )<br>)<br>)<br>) | Case No.:  14-CV-1223-DMS (BGS)<br><br>**Order Granting Joint Motion to Dismiss Entire Action with Prejudice** |

Pursuant to the parties' Joint Motion, this Court hereby dismisses the above-captioned action in its entirety with prejudice.

IT IS SO ORDERED

DATE: October 15, 2014                         BY: _____

                                                    UNITED STATES DISTRICT JUDGE

1